No. 702. PABST *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. April 21, 1930. Petition for writ of certio-

rari to the Court of Appeals of the District of Columbia denied. *Messrs. Harry A. Fellows* and *Camden R. McAtee* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Andrew D. Sharpe,* and *Paul D. Miller* for respondent.